IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISON

| | |
|---|---|
| THOMAS BROOKS, JR., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CERTAPRO PAINTERS OF )<br>KNOXVILLE, LLC and JEFFREY T. )<br>BROWN, individually, d/b/a )<br>CERTAPRO PAINTERS and )<br>LOUISVILLE LADDERS, INC. ) | No.    3:09-cv-339<br>Reeves/Guyton |

**STATUS REPORT**

Come the Plaintiff Thomas Brooks, Jr., by and through counsel, and Defendant CertaPro Painters of Knoxville, LLC, by and through counsel, and submit this status report pursuant to the Order of this Court entered on January 16, 2015.

The underlying workers' compensation action remains pending in the Chancery Court for Knox County, Tennessee. Discovery is continuing in the Chancery Court action and depositions of medical experts are scheduled. No trial date has been set in the Chancery Court action. The prospects of settlement in the underlying workers' compensation action are poor.

Counsel for Plaintiff and Defendant CertaPro in this action continue to believe that resolution of the Plaintiff's workers' compensation claim is necessary to the determination of jurisdiction in this case.

This the   29th   day of January, 2015.

　　　　　　　　　　　　　　　　　　　　　　　  s/Jack W. Piper
　　　　　　　　　　　　　　　　　　　　　　　Jack W. Piper, BPR # 011100
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Thomas Brooks, Jr.
　　　　　　　　　　　　　　　　　　　　　　　Piper, Ramsey & Hill
　　　　　　　　　　　　　　　　　　　　　　　550 W. Main Street
　　　　　　　　　　　　　　　　　　　　　　　Bank of America Center
　　　　　　　　　　　　　　　　　　　　　　　Suite 310
　　　　　　　　　　　　　　　　　　　　　　　Knoxville, Tennessee 37902
　　　　　　　　　　　　　　　　　　　　　　　(865) 291-1551

s/Robert A. Crawford
                                                Robert A. Crawford, BPR # 7396
                                                Attorney for Defendants CertaPro Painters of
                                                Knoxville, LLC and Jeffrey T. Brown,
                                                individually, d/b/a CertaPro Painters
                                                KRAMER RAYSON LLP
                                                P.O. Box 629
                                                Knoxville, Tennessee 37901-0629
                                                (865) 525-5134